Bracket
v.             *I. Hamilton,* for the motion.
Alvord

        *S. S. Lush,* contra.

        ---

## BRACKET *against* ALVORD.

Where the            J. PLATT, for the defendant, moved to change the venue
action for rent
is founded on      from the county of Onondaga to the county of Oswego. The
privity of con-    affidavit upon which he moved was defective in not stating
tract, as be-
tween the les-     that the defendant's witnesses residing in the latter county
sor and lessee,    were material *as advised by counsel;* but he relied on the
it is transitory;
otherwise if on    action being local. The affidavit stated that it was an ac-
privity of es-
tate, as where     tion for rent upon a lease given by the plaintiff to the de-
an assignee is     fendant, of lands in Oswego.
a party.

        *J. Edwards,* contra, cited 1 Dunl. 244.

        *Curia.* The distinction is, that where the action for rent
is founded on privity of contract, as between lessor and les-
see, there the action is transitory; but if on privity of estate,
as between the lessor and the assignee of the lessee, or the as-

signee of the lessor and the lessee, &c. it is local.(*a*)  The motion must be denied.

ALBANY,<br>Oct. 1825.

Motion denied.

(*a*) *Corporation of New York* v *Dawson*, (2 John. Cas. 335,) and the cases there cited.